UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) DOCKET NO. 3:18-cr-379 |
| v. | ) |
| | ) **FACTUAL BASIS** |
| WINSTON MEDLEY | ) |
| | ) |

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. On or about July 12, 2017, within the Western District of North Carolina, the defendant, WINSTON MEDLEY, did knowingly possess the following document making implement or authentication features, among other items:

    a. An Evolis plastic printer, model Primacy, serial number 10000469562;

    b. Two holographic ink cartridges;

    c. Several plastic identification card blank(s); and

    d. Computer software containing identification card templates, including templates for North Carolina and South Carolina driver's licenses.

1

2. MEDLEY possessed the document making implements and authentication features with the intent such items would be used in the production of a false identification document or another document making implement or authentication feature which would be so used.

3. MEDLEY's possession of the document making implements and authentication features was in or affecting interstate commerce, in that one or more of the document making implements or authentication features was manufactured outside the state of North Carolina.

4. On or about July 12, 2017, within the Western District of North Carolina, MEDLEY did knowingly possess and use, without lawful authority, the means of identification, including the name, date of birth, and address, of identity theft victims R.S. and A.M.

5. MEDLEY's possession and use was during and in relation to the commission of the offense of possession of document making implements or authentication features, as described in Paragraphs 1 through 3 above, in violation of Title 18, United States Code, Section 1028(a)(5).

6. MEDLEY knew that R.S. and A.M. were actual persons.

7. MEDLEY's possession of the document making implements or authentication features and means of identification described herein was in connection to his participation in a scheme to commit identity fraud by acquiring automobiles, apartments, and credit lines in the names of identity theft victims.

8. For example, on or about May 7, 2016, MEDLEY, aided and abetted by others, fraudulently obtained financing in the amount of $152,067 to acquire a 2010 Ferrari California, VIN ZFF65LJA5A0168997, in the name of identity theft victim T.I. An unidentified co-conspirator of MEDLEY's presented fictitious forms of identification bearing the means of identification of T.I. to Foreign Cars International, located in Charlotte, North Carolina. The same day, MEDLEY created Facebook posts in which he posed with the Ferrari California and claimed ownership. The Ferrari California appears in a series of Facebook posts thereafter. In or about September 2016, after wrecking the Ferrari California, MEDLEY attempted to file a Geico Insurance claim for the damage and was recorded on a call to Geico Insurance posing as T.I.

9. Between in or about November 2016 and December 2016, MEDLEY, aided and abetted by others, fraudulently obtained $24,900.00 in personal loans from Lendmark Financial in the names of a variety of identity theft victims. In support of the fraudulent loan applications, MEDLEY and unidentified co-conspirators submitted the means of identification of identity theft victims and fraudulent information related to the purported borrowers' salary and employment, among other false and fraudulent statements.

10. The amount of loss known to or reasonably foreseeable by MEDLEY was approximately $176,967.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

_____
DALLAS J. KAPLAN
ASSISTANT UNITED STATES ATTORNEY

Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, the Bill of Information, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Information, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

_____  DATED: 11/21/2018
Samuel Randall, Attorney for Defendant

3